IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICKEY LEE HAWES, JR.,

      Appellant,

v.

                                           Case No. 5D22-942
                                           LT Case No. 2021-MM-3715-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 28, 2023

Appeal from the County Court
for Seminole County,
Mark E. Herr, Judge.

Matthew J. Metz, Public Defender, and
Kathryn Rollison Radtke, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.